

**FILED**

08/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0185

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0185

IN RE MONTANA STATE FUND'S
APPLICATION FOR RELEASE OF
DEPARTMENT OF JUSTICE CONFIDENTIAL
CRIMINAL JUSTICE INFORMATION
CONCERNING MATTHEW AILER,
CDC-2014-98.

O R D E R

**FILED**

AUG 0 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellant Matthew Ailer has filed a motion for leave to file an overlength reply brief. He has also filed a motion to strike portions of Appellee's response brief or in the alternative stay proceedings in this matter. Appellee opposes both motions.

IT IS ORDERED that the Appellant's motion to file an overlength reply brief is GRANTED. Appellant's brief shall not exceed 7825 words, proportionately spaced. Appellant's brief shall be due August 11, 2023. No further extensions will be granted.

IT IS FURTHER ORDERED that Appellant's motion to strike portions of Appellee's brief or stay proceedings is DENIED.

DATED this 7 day of August, 2023.

For the Court,

Chief Justice